Jason E. Barsanti (SBN 235807)
jbarsanti@cozen.com
**COZEN O'CONNOR**
501 W. Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619-234-1700
Facsimile: 619-234-7831

Ethan W. Chernin (SBN 273906)
echernin@cozen.com
**COZEN O'CONNOR**
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: 310-393-4000
Facsimile: 310-394-4700

Brett Greving (SBN 270883)
bgreving@cozen.com
**COZEN O'CONNOR**
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415-644-0914
Facsimile: 415-644-0978

Attorneys for Defendant
**CARGILL MEAT SOLUTIONS CORPORATION**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARIN, SAMANTHA LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; and DOES 1 - 50, inclusive,<br><br>Defendant. | Case No.:<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: February 23, 2022<br><br>Removed: May 13, 2022 |

This Corporate Disclosure Statement is filed on behalf of the Defendant Cargill Meat Solutions Corporation.

In compliance with the provisions of Federal Rule of Civil Procedure 7.1, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10 percent or more of its stock or state that there is no such corporation.

1. Cargill Meat Solutions Corporation is a corporation duly organized and existing pursuant to the laws of the State of Delaware, with its principal place of business in the State of Kansas.

2. Cargill Meat Solutions Corporation identifies the following parent corporation / publicly held corporation owning more than 10 percent of its stock: Cargill, Incorporated is Cargill Meat Solutions Corp.'s parent company. No publicly held corporation owns 10 percent or more of its stock.

Dated: May 13, 2022                    COZEN O'CONNOR

By: /s/ Jason Barsanti
Jason Barsanti
Ethan Chernin
Brett Greving
Attorneys for Defendant
Cargill Meat Solutions Corporation

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT