JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for RICHARD MARIN and SAMANTHA LOPEZ,
individually and on behalf of all others similarly situated

**COZEN O'CONNOR**
Jason E. Barsanti (SBN 235807)
jbarsanti@cozen.com
Brett Greving (SBN 270883)
bgreving@cozen.com
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619-234-1700
Facsimile: 619-234-7831

Attorneys for Defendants
CARGILL MEAT SOLUTIONS CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MARIN, SAMANTHA LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 1:22-cv-00578-ADA-SKO<br>**HON. ANA DE ALBA**<br><br>**ORDER RE JOINT STIPULATION REQUESTING FOR MODIFICATION OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION DEADLINE  AND RELATED DEADLINES**<br><br>**(Doc. 22)** |

[PROPOSED] ORDER

# ORDER

Having considered the Parties Joint Stipulation (Doc. 22) and for good cause shown, the Court HEREBY ORDERS the following modifications to the current deadlines in this matter:

- March 19, 2024 – Class Certification Discovery Cut-Off;
- April 22, 2024 – Plaintiffs' deadline to file Motion for Class Certification;
- May 27, 2024 – Defendant's deadline to file its Opposition;
- June 25, 2024 – Plaintiff's deadline to file their Reply; and
- August 8, 2024 – Hearing on Plaintiffs' Motion for Class Certification

IT IS SO ORDERED.

Dated:   **October 17, 2023**              /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE