JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for RICHARD MARIN and SAMANTHA LOPEZ, individually and on behalf of all others similarly situated

**COZEN O'CONNOR**
Jason E. Barsanti (SBN 235807)
jbarsanti@cozen.com
Brett Greving (SBN 270883)
bgreving@cozen.com
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619-234-1700
Facsimile: 619-234-7831

Attorneys for Defendants
CARGILL MEAT SOLUTIONS CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MARIN, SAMANTHA LOPEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>　　　　　　　　Defendants. | Case No. 1:22-cv-00578-ADA-SKO<br>**HON. ANA DE ALBA**<br><br>**ORDER RE JOINT STIPULATION REQUESTING LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

ORDER

# **ORDER**

Having considered the Parties Joint Stipulation (Doc. 24) and WITH GOOD CAUSE APPEARING, the Court HEREBY ORDERS that the following:

1. Plaintiffs may file the First Amendment Complaint attached to the parties' stipulation as Exhibit 1;
2. The PAGA claims filed in the separate state court action (Fresno County Case No. 22CECG01319) will be tolled from the operative May 2, 2022, filing date to the date the amended complaint is filed, and
3. Defendant shall file its response to Plaintiffs' First Amended Complaint within thirty (30) days after Plaintiff files the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **October 19, 2023**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE