JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for RICHARD MARIN and SAMANTHA LOPEZ, individually and on behalf of all others similarly situated

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Richard H. Rahm CA Bar No. 130728
richard.rahm@ogletree.com
Timothy L. Reed CA Bar No. 258034
timothy.reed@ogletree.com
Ethan Lai CA Bar No. 347130
ethan.lai@ogletree.com
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-442-4810

Attorneys for Defendants
CARGILL MEAT SOLUTIONS CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MARIN, SAMANTHA LOPEZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>          vs.<br><br>CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>                    Defendants. | Case No. 1:22-cv-00578-KES-SKO<br>**Hon. Sheila K. Oberto**<br><br>**ORDER RE JOINT STIPULATION MODIFYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION DEADLINE AND RELATED DEADLINES** |

ORDER

## JOINT STIPULATION

Plaintiffs, Richard Marin and Samantha Lopez ("Plaintiffs"), and Defendant Cargill Meat Solutions Corporation ("Defendant") (collectively, the "Parties") through undersigned counsel, hereby agree and stipulate to a modification of Plaintiffs' deadline to file their Motion for Class Certification and related deadlines as follows:

WHEREAS, Defendant has recently attained new counsel Ogletree, Deakins, Nash, Smoak & Steward P.C., and the case files are still in the process of being transferred from Defendant's previous law firm, Cozen O'Connor to Ogletree Deakins;

WHEREAS, on March 6, 2024, Plaintiffs' counsel and Defendant's new counsel have met and conferred to discuss a modification of the following current deadlines in this matter: (1) class certification discovery deadline, (2) deadline for Plaintiffs to file a Motion for Class Certification, and (3) the briefing schedule related to Plaintiffs' Motion for Class Certification.

WHEREAS, the Parties believe a 120-day continuance of the referenced deadlines and briefing schedule are reasonable and will help promote judicial economy and resources;

WHEREAS, the requested continuance will also allow the Parties' to explore continued settlement negotiations including engaging in a second mediation day in an effort to find a resolution to this action;

WHEREAS, the current deadlines set in this matter are as follows [ECF 23]:

- March 19, 2024 – Class Certification Discovery Cut-Off;
- April 22, 2024 – Plaintiffs' deadline to file Motion for Class Certification;
- May 27, 2024 - Defendant's deadline to file its Opposition;
- June 25, 2024 – Plaintiff's deadline to file their Reply; and
- August 8, 2024 – Hearing on Plaintiffs' Motion for Class Certification

NOW THEREFORE, the Parties stipulate, agree, and respectfully request for the Court to continue the discovery deadline in this matter along with Plaintiffs' deadline to file their Motion for Class Certification and to modify the briefing schedule as follows:

- July 17, 2024 – Class Certification Discovery Cut-Off;
- August 20, 2024 – Plaintiffs' deadline to file Motion for Class Certification;

- September 24, 2024 - Defendant's deadline to file its Opposition;
- October 23, 2024 – Plaintiff's deadline to file their Reply; and
- December 6, 2024 – Hearing on Plaintiffs' Motion for Class Certification.

**IT IS SO STIPULATED.**

Dated: March 19, 2024                    **JAMES HAWKINS APLC**
                                                   By /s/ Gregory Mauro
                                                   JAMES R. HAWKINS
                                                   GREGORY MAURO
                                                   MICHAEL CALVO
                                                   Attorneys for Plaintiffs RICHARD MARIN and SAMANTHA LOPEZ

Dated: March 19, 2024
                                                   **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
                                                   By */s/* Richard H. Rahm
                                                   RICHARD H. RAHM
                                                   Attorneys for Defendant CARGILL MEAT SOLUTIONS CORPORATION

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2024, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Eastern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: March 19, 2024                    /s/ *Gregory Mauro*
                                                            Gregory Mauro

**ORDER**

Having considered the Parties Joint Stipulation (Doc. 34) and good cause appearing, the Court HEREBY MODIFIES the current deadlines (Doc. 23) in this matter as follows:

- July 17, 2024 – Class Certification Discovery Cut-Off;
- August 20, 2024 – Plaintiffs' deadline to file Motion for Class Certification;
- September 24, 2024 – Defendant's deadline to file its Opposition;
- October 23, 2024 – Plaintiff's deadline to file their Reply; and
- December 4, 2024[1] – Hearing on Plaintiffs' Motion for Class Certification.

IT IS SO ORDERED.

Dated: __**March 20, 2024**__                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Per District Judge Kirk Sheriff's standing order in civil cases (*see* www.caed.uscourts.gov), motions for class certification pursuant to Federal Rule of Civil Procedure 23 are addressed by findings and recommendations issued by the undersigned. The parties' proposed date for a hearing on Plaintiffs' motion has been amended to comport with the undersigned's hearing calendar.