JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for RICHARD MARIN and SAMANTHA LOPEZ,
individually and on behalf of all others similarly situated

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Richard H. Rahm CA Bar No. 130728
richard.rahm@ogletree.com
Timothy L. Reed CA Bar No. 258034
timothy.reed@ogletree.com
Ethan Lai CA Bar No. 347130
ethan.lai@ogletree.com
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-442-4810

Attorneys for Defendants
CARGILL MEAT SOLUTIONS CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MARIN, SAMANTHA LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 1:22-cv-00578-NODJ-SKO<br>**HON. SHEILA K. OBERTO**<br><br>**ORDER RE JOINT STIPULATION REQUESTING FOR MODIFICATION OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION DEADLINE AND RELATED DEADLINES**<br><br>**(Doc. 37)** |

ORDER

# ORDER

Having considered the Parties' Joint Stipulation (Doc. 37) and GOOD CAUSE APPEARING, the Court HEREBY MODIFIES the case schedule (Doc. 35) in this matter:

- October 15, 2024 – Class Certification Discovery Cut-Off;
- November 18, 2024 – Plaintiffs' deadline to file Motion for Class Certification;
- December 23, 2024 - Defendant's deadline to file its Opposition;
- January 21, 2025 – Plaintiff's deadline to file their Reply; and
- March 5, 2025[1] – Hearing on Plaintiffs' Motion for Class Certification.

IT IS SO ORDERED.

Dated:   **April 26, 2024**                                  /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto conducts civil law and motion calendar on Wednesdays at 9:30 a.m.  The parties' proposed date has been modified accordingly.