**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MARIN, SAMANTHA LOPEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>　　　　　　　　Defendants. | Case No. **1:22-cv-00578-KES-SKO**<br><br>**JOINT STIPULATION AND UNOPPOSED MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS**<br><br>**(Doc. 41)** |

**ORDER**

In view of the parties' foregoing stipulation (Doc. 41), and good cause having been shown (see Fed. R. Civ. P. 16(b)(4))), the Court hereby continues the prior deadline to file Plaintiffs' Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement (Doc. 40) for 30 days to December 18, 2024.

IT IS SO ORDERED.

Dated:   **November 13, 2024**　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER